**Margaretha Plapbert, appellee, v. Chicago Railways Company et al., on appeal of P. J. Hursen, appellant. Gen. No. 25,706.**

Mr. Justice Thomson delivered the opinion of the court.

Action for damages for personal injuries received in a collision between a funeral car in which plaintiff was riding and one of appellants' street cars. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. George F. Barrett, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Affirmed. Opinion filed June 18, 1921.

George E. Gorman and Watson J. Ferry, for appellants Chicago Railways Co. and Chicago City Ry. Co.; W. W. Gurley and J. R. Guilliams, of counsel. Brown, Brown & Brown and Tenney, Harding & Sherman, for appellant P. J. Hursen. Charles C. Spencer, for appellee.